**Order filed, October 24, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00679-CV

———————

**GREAT SOUTHWEST REGIONAL CENTER, LLC, Appellant**

**V.**

**ACSWD, LP, Appellee**

**On Appeal from the 53rd District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-15-000558**

## ORDER

The reporter's record in this case was due **September 4, 2018**. *See* Tex. R. App. P. 35.1. On October 8, 2018, this court ordered the court reporter to file the record within 15 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Leah Hayes**, the court reporter, to file the record in this appeal **within 15 days** of the date of this order. No further extension will be entertained

absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Leah Hayes** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM